# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-6439-DMG (AFMx) | Date | October 8, 2019 |

Title *James Vincent v. BMW of North America, LLC*

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE ("OSC")**

On August 29, 2019, the parties stated in their Joint Rule 26(f) Report that they "consent to a Magistrate Judge." [Doc. # 13 at 8.] The Court ORDERS the parties to show cause in writing on or before **October 15, 2019** why the parties should not be required to have their motions [Doc. ## 15 and 17] heard by a Magistrate Judge to be selected by them from the consent list.[1] Failure to timely respond to this OSC shall result in the imposition of sanctions upon both sides' counsel.

IT IS SO ORDERED.

---

[1] http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-list-civil-cases-magistrate-judges-program